**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-35868-PSH |
| | § | |
| CARLOS J HEMPHILL, Sr. | § | |
| KYM HEMPHILL | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/10/2012. The undersigned trustee was appointed on 09/10/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                            $6,434.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $62.90 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $6,371.10 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/27/2013 and the deadline for filing government claims was 05/28/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,393.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,393.40, for a total compensation of $1,393.40[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $8.66, for total expenses of $8.66.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/06/2015            By:   /s/ David P. Leibowitz
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-35868-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | Date Filed (f) or Converted (c): | 09/10/2012 (f) |
| For the Period Ending: | 7/6/2015 | §341(a) Meeting Date: | 11/06/2012 |
| | | Claims Bar Date: | 02/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  9130 S. Claremont Ave., Chicago, IL 60620 | $249,479.00 | $0.00 | | $0.00 | FA |
| 2  Checking Acct with TCF Bank | $300.00 | $0.00 | | $0.00 | FA |
| 3  Savings Acct with TCF Bank | $4,500.00 | $0.00 | | $0.00 | FA |
| 4  Business Checking Acct with TCF Bank | $400.00 | $0.00 | | $0.00 | FA |
| 5  Furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 6  Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  2 Fur Coats | $500.00 | $0.00 | | $0.00 | FA |
| 8  Term Life Insurance Policy through AIG | $0.00 | $0.00 | | $0.00 | FA |
| 9  Pension | $0.00 | $0.00 | | $0.00 | FA |
| 10  Class Action Lawsuit | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor spent funds from settlement. | | | | | |
| 11  Grievance against CPS for wrongful termination | $0.00 | $0.00 | | $0.00 | FA |
| 12  2000 Jaguar S-Type (130,000 miles) | $2,475.00 | $0.00 | | $0.00 | FA |
| 13  1996 Ford F-150 (220,000 miles) | $225.00 | $0.00 | | $0.00 | FA |
| 14  Adversary case 1301370 David Leibowitz v. Carlos J. Hemphill, Sr.. (u) | $0.00 | $0.00 | | $6,434.00 | FA |
| **Asset Notes:** Complaint to Revoke Discharge | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $259,879.00 | | $0.00 | | $6,434.00 | $0.00 |

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/24/2015 | Objection to Claims No 6 continued to 5/14/2015 -- Creditor's counsel just got the file and didn't know if they objected for some reason. Might not object. |
| 10/17/2014 | Debtor is making payments of $245.00 p/m towards satisfaction of Settlement sum of $6,434.00; along with his 2013 tax return no later than 2/15/14. |
| 10/15/2014 | Get updated payment plan. Debtor owes $5000 If debtor does not pay per schedule, file complaint to revoke discharge |
| 10/09/2013 | Sent Linda email to prepare complaint to revoke discharge for having converted prperty of the estate |
| 10/09/2013 | Received letter from the IRS that debtor has not filed taxes |
| 07/24/2013 | Received copy of check debtor received for $6434.24 dated 1/18/13 - does must pay funds back - funds were not exempt |
| 06/26/2013 | Received letter dated 12/5/2012 indicated that debtor (Kym Hemphill) grievance was denied. |
| 06/26/2013 | Possible recovering of Class Action Funds from the Fire Department is $6,000.00. Debtor spent funds from settlement. Working to recover. |
| 05/23/2013 | DA confirmed money was received but it has been spent. The client stated he is not working and used money to catch up on bills. |
| 05/23/2013 | Requested documentation as to the funds and how funds were spent |
| 05/23/2013 | Debtor to begin making payments to the estate for funds spent. Awaiting to hear back from DA |

FORM 1

Page No: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No.: | 12-35868-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | Date Filed (f) or Converted (c): | 09/10/2012 (f) |
| For the Period Ending: | 7/6/2015 | §341(a) Meeting Date: | 11/06/2012 |
| | | Claims Bar Date: | 02/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | |
|---|---|
| 04/09/2013 | Sent email to Janna Q. |
| | The above reference case has been open for Debtor's claim with the Fire Department. Please provide status of payment to Mr. Hemphill, I received a call from the IRS stating that checks have went out for the claim. |
| 02/28/2013 | Debtor took test for fire department never received call back. |
| | Debtor has a claim against school whereas her position was taken and the union is working on greivance. |
| | Follow up with litigation on class action - Trustee needs more information Need amended Schedules and Bank account statements |
| | Asset report |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2014 | DAVID LEIBOWITZ | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-35868-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6550 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | **-***6551 | Account Title: | |
| For Period Beginning: | 9/10/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/13/2014 | (14) | Kym Hemphill | Payment | 1249-000 | $245.00 | | $245.00 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.19 | $244.81 |
| 04/08/2014 | (14) | Calors Hemphill Sr. | Payment | 1249-000 | $245.00 | | $489.81 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.65 | $489.16 |
| 05/08/2014 | (14) | Carlos J. Hemphill Sr. | Payment | 1249-000 | $245.00 | | $734.16 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.12 | $733.04 |
| 06/11/2014 | (14) | Carlos Hamphill Sr. | Payment | 1249-000 | $245.00 | | $978.04 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.34 | $976.70 |
| 07/14/2014 | (14) | Carlos J. Hemphill Sr. | Payment | 1249-000 | $245.00 | | $1,221.70 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.79 | $1,219.91 |
| 08/12/2014 | (14) | Carlos Hemphill Sr. | Payment | 1249-000 | $245.00 | | $1,464.91 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.26 | $1,462.65 |
| 09/15/2014 | (14) | Carlos Hemphill | Payment | 1249-000 | $245.00 | | $1,707.65 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.38 | $1,705.27 |
| 10/06/2014 | (14) | Carlos Hemphill Sr. | Payment | 1249-000 | $250.00 | | $1,955.27 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.26 | $1,952.01 |
| 11/12/2014 | (14) | Carols Hemphill | Payment | 1249-000 | $245.00 | | $2,197.01 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.02 | $2,193.99 |
| 12/12/2014 | (14) | Carlos Hemphill | Payment | 1249-000 | $245.00 | | $2,438.99 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.75 | $2,435.24 |
| 01/09/2015 | (14) | Carlos Hemphill | Settlement Payment | 1249-000 | $250.00 | | $2,685.24 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.32 | $2,680.92 |
| 02/04/2015 | (14) | Carlos Hemphill | Settlement Payment | 1249-000 | $3,729.00 | | $6,409.92 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.56 | $6,401.36 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.99 | $6,391.37 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.98 | $6,381.39 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.29 | $6,371.10 |

**SUBTOTALS** $6,434.00  $62.90

**FORM 2**

**Page No:** 2

**Exhibit B**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-35868-PSH | |
| **Case Name:** | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | |
| **Primary Taxpayer ID #:** | **-***6550 | |
| **Co-Debtor Taxpayer ID #:** | **-***6551 | |
| **For Period Beginning:** | 9/10/2012 | |
| **For Period Ending:** | 7/6/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $6,434.00 | $62.90 | $6,371.10 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,434.00 | $62.90 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,434.00 | $62.90 | |

**For the period of 9/10/2012 to 7/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,434.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,434.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $62.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/12/2014 to 7/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,434.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,434.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $62.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No. | 12-35868-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6550 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | **-***6551 | Account Title: | |
| For Period Beginning: | 9/10/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,434.00 | $62.90 | $6,371.10 |

| For the period of 9/10/2012 to 7/6/2015 | | For the entire history of the case between 09/10/2012 to 7/6/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,434.00 | Total Compensable Receipts: | $6,434.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,434.00 | Total Comp/Non Comp Receipts: | $6,434.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $62.90 | Total Compensable Disbursements: | $62.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $62.90 | Total Comp/Non Comp Disbursements: | $62.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 12-35868-PSH | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | | | | | | | | Date: 7/6/2015 |
| Claims Bar Date: | 02/27/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
|  | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
|  | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $21.16 | $0.00 | $0.00 | $0.00 | $21.16 |
|  | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,393.40 | $0.00 | $0.00 | $0.00 | $1,393.40 |
|  | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $8.66 | $0.00 | $0.00 | $0.00 | $8.66 |
| 1 | CAVALRY PORTFOLIO SERVICES<br><br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,429.12 | $0.00 | $0.00 | $0.00 | $4,429.12 |
| **Claim Notes:** | (1-1) Cavalry Portfolio Services LLC as assignee of TD Auto Finance, LLC / Chrysler Financial | | | | | | | | |
| 2 | IRS<br><br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $32,793.67 | $0.00 | $0.00 | $0.00 | $32,793.67 |
| **Claim Notes:** | Allowed as part of the general unsecured claim. | | | | | | | | |
| 2a | IRS<br><br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | Allowed | 5800-000 | $5,605.06 | $0.00 | $0.00 | $0.00 | $5,605.06 |
| 2b | IRS<br><br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $74,609.20 | $0.00 | $0.00 | $0.00 | $74,609.20 |

| Case No.: | 12-35868-PSH | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | | | | | | | | Date: 7/6/2015 |
| Claims Bar Date: | 02/27/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM Financial<br>PO Box 183853<br>Tex as 76096 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $20,459.29 | $0.00 | $0.00 | $0.00 | $20,459.29 |

**Claim Notes:** (3-1) Unsecured Deficiency Claim    9260

| 4 | US DEPT OF EDUCATION<br>PO BOX 5609<br>Greenville TX 75403-5609 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $81,369.60 | $0.00 | $0.00 | $0.00 | $81,369.60 |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,031.22 | $0.00 | $0.00 | $0.00 | $1,031.22 |
| 6 | FERGUSON FIRE & FABRICATION, INC.<br>311 South Water Drive, Suite 3000<br>Chicago 60606 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $20,125.18 | $0.00 | $0.00 | $0.00 | $20,125.18 |

**Claim Notes:** Full amount of Ferguson Fire's claim, designated as Claim No. 6 in this case, filed in the amount of $20,125.18, is unsecured. See Docket No. 54

| 7 | CAPITAL ONE AUTO FINANCE<br>a division of Capital One, N.A.<br>Po Box 201347<br>Arlington TX 76006 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,122.17 | $0.00 | $0.00 | $0.00 | $2,122.17 |
|---|---|---|---|---|---|---|---|---|---|
| 8 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>PO box 64338<br>Chicago IL 60664-0338 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $670.12 | $0.00 | $0.00 | $0.00 | $670.12 |
| 8a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>PO box 64338<br>Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $233.74 | $0.00 | $0.00 | $0.00 | $233.74 |

**Claim Notes:** Amended Claim #8 filed by Illinois Department of Revenue, Amount claimed: $903.86

CLAIM ANALYSIS REPORT  Page No: 3

Exhibit C

| Case No.: | 12-35868-PSH | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | | | | | | | | Date: | 7/6/2015 |
| Claims Bar Date: | 02/27/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 9 | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street Suite 713<br>Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| | | | | | **$248,164.59** | **$0.00** | **$0.00** | **$0.00** | **$248,164.59** |

**CLAIM ANALYSIS REPORT**

| Case No.: | 12-35868-PSH | Trustee Name: David Leibowitz |
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | Date: 7/6/2015 |
| Claims Bar Date: | 02/27/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $21.16 | $21.16 | $0.00 | $0.00 | $0.00 | $21.16 |
| Attorney for Trustee Fees (Trustee Firm) | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| Claims of Governmental Units | $5,838.80 | $5,838.80 | $0.00 | $0.00 | $0.00 | $5,838.80 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| General Unsecured § 726(a)(2) | $236,939.45 | $236,939.45 | $0.00 | $0.00 | $0.00 | $236,939.45 |
| Tardy General Unsecured § 726(a)(3) | $670.12 | $670.12 | $0.00 | $0.00 | $0.00 | $670.12 |
| Trustee Compensation | $1,393.40 | $1,393.40 | $0.00 | $0.00 | $0.00 | $1,393.40 |
| Trustee Expenses | $8.66 | $8.66 | $0.00 | $0.00 | $0.00 | $8.66 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 12-35868-PSH
Case Name: CARLOS J HEMPHILL, Sr.
KYM HEMPHILL
Trustee Name: David P. Leibowitz

Balance on hand: $6,371.10

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $6,371.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,393.40 | $0.00 | $1,393.40 |
| David P. Leibowitz, Trustee Expenses | $8.66 | $0.00 | $8.66 |
| Lakelaw, Attorney for Trustee Fees | $3,000.00 | $0.00 | $3,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $21.16 | $0.00 | $21.16 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses: $4,716.22
Remaining balance: $1,654.88

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,654.88

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,838.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2a | IRS | $5,605.06 | $0.00 | $1,588.63 |
| 8a | Illinois Department of Revenue | $233.74 | $0.00 | $66.25 |

Total to be paid to priority claims: $1,654.88
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $236,939.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry Portfolio Services | $4,429.12 | $0.00 | $0.00 |
| 2 | IRS | $32,793.67 | $0.00 | $0.00 |
| 2b | IRS | $74,609.20 | $0.00 | $0.00 |
| 3 | AmeriCredit Financial Services, Inc. | $20,459.29 | $0.00 | $0.00 |
| 4 | US Dept of Education | $81,369.60 | $0.00 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | $1,031.22 | $0.00 | $0.00 |
| 6 | Ferguson Fire & Fabrication, Inc. | $20,125.18 | $0.00 | $0.00 |
| 7 | Capital One Auto Finance | $2,122.17 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $670.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

| 8 | Illinois Department of Revenue | $670.12 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00

**UST Form 101-7-TFR (5/1/2011)**