# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-35868-PSH |
| | § | |
| CARLOS J HEMPHILL, Sr. | § | |
| KYM HEMPHILL | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/01/2015, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/10/2015                By:   /s/ David P. Leibowitz
                                                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-35868-PSH |
| | § | |
| CARLOS J HEMPHILL, Sr. | § | |
| KYM HEMPHILL | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                           $6,434.00
*and approved disbursements of*                             $62.90
*leaving a balance on hand of[1]:*                          $6,371.10

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:        $0.00
Remaining balance:        $6,371.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,393.40 | $0.00 | $1,393.40 |
| David P. Leibowitz, Trustee Expenses | $8.66 | $0.00 | $8.66 |
| Lakelaw, Attorney for Trustee Fees | $3,000.00 | $0.00 | $3,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $21.16 | $0.00 | $21.16 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses:        $4,716.22
Remaining balance:        $1,654.88

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,654.88 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,838.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2a | IRS | $5,605.06 | $0.00 | $1,588.63 |
| 8a | Illinois Department of Revenue | $233.74 | $0.00 | $66.25 |

|  | Total to be paid to priority claims: | $1,654.88 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $236,939.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry Portfolio Services | $4,429.12 | $0.00 | $0.00 |
| 2 | IRS | $32,793.67 | $0.00 | $0.00 |
| 2b | IRS | $74,609.20 | $0.00 | $0.00 |
| 3 | AmeriCredit Financial Services, Inc. | $20,459.29 | $0.00 | $0.00 |
| 4 | US Dept of Education | $81,369.60 | $0.00 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | $1,031.22 | $0.00 | $0.00 |
| 6 | Ferguson Fire & Fabrication, Inc. | $20,125.18 | $0.00 | $0.00 |
| 7 | Capital One Auto Finance | $2,122.17 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to timely general unsecured claims: | $0.00 |
| --- | --- | --- |
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $670.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
| --- | --- | --- | --- | --- |
| 8 | Illinois Department of Revenue | $670.12 | $0.00 | $0.00 |

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
| --- | --- | --- |
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | Total to be paid for subordinated claims: | $0.00 |
| --- | --- | --- |
| | Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST Form 101-7-NFR (10/1/2010)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 12-35868-PSH
Carlos J Hemphill, Sr.                                                         Chapter 7
Kym Hemphill
         Debtors                            **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: froman              Page 1 of 2            Date Rcvd: Aug 11, 2015
                              Form ID: pdf006           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2015.
```
db/jdb         +Carlos J Hemphill, Sr.,    Kym Hemphill,    9130 South Claremont Avenue,    Chicago, IL 60643-6713
aty            +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
19812010      ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 PO Box 183853,    Arlington, Texas   76096)
19420942      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
19420948      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
                (address filed with court: Chryslr Fin,    P.O. Box 551080,    Jacksonville, FL 32255)
19849937       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19420944      +Cardiac Billing Services,    9410 Compubill Drive,    Orland Park, IL 60462-2627
19420946      +Cbe Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
19420947      +Charter One Bank,    1 Citizens Drive,    Riverside, RI 02915-3019
19420949      +Credit Management Lp,    4200 International Pkwy,    Carrollton, TX 75007-1912
19420951      +Devon Financial Services,    6408 N. Western Avenue,    Chicago, IL 60645-5422
20029980       Ferguson Fire & Fabrication, Inc.,    311 South Water Drive, Suite 3000,    Chicago, iL 60606
19420954      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
19420955     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
                (address filed with court: Illinois Dept of Revenue,    PO Box 19035,    Springfield, IL 62794)
19420957      +John Patrick,    130 S. Jefferson, #500,    Chicago, IL 60661-5764
19420958      +Lease Finance Group LLC,    233 N Michigan Ave,    Suite 1880,    Chicago, IL 60601-5519
19420959      +Little Company Of Mary Hospital,    2800 West 95th Street,    Evergreen Park, IL 60805-2795
19420960      +Municollofam,    3348 Ridge Road,    Lansing, IL 60438-3112
19420961      +QC Holdings,    National Quik Cash,    P O Box 26187,    Overland Park, KS 66225-6187
19420962      +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
19420963       Show Mastercard,    PO Box 5161,    Sioux Falls, SD 57117-5161
19420964     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
                (address filed with court: Us Dept Ed,    Po Box 7202,    Utica, NY 13504-7202)
19823221       US Dept of Education,    PO BOX 5609,    Greenville, TX 75403-5609
19420966     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
19420967      +Wellsfargo,    Supreme Re Serving 4143 121st Street,    Urbandale, IA 50323-2310
19420941      +campbell higher & adams,    4645 S. Lakeshore Dr.,    Suite 11,    Tempe, AZ 85282-7152
19420950      +david m gross law offices,    150 fencl ln,    Hillside, IL 60162-2041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19420940      +E-mail/PDF: recoverybankruptcy@afninet.com Aug 12 2015 01:26:58     Afni, Inc.,    Po Box 3097,
                Bloomington, IL 61702-3097
19420943      +E-mail/Text: coafinternalbkteam@capitaloneauto.com Aug 12 2015 01:31:40
                Capital One Auto Finance,    a division of Capital One, N.A.,    PO Box 60511,
                City Of Industry, CA 91716-0511
20089018      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 12 2015 01:35:14
                Capital One Auto Finance,    a division of Capital One, N.A.,    Po Box 201347,
                Arlington, TX 76006-1347
19420945      +E-mail/Text: bankruptcy@cavps.com Aug 12 2015 01:29:49     Cavalry Portfolio Serv,
                7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
19745699      +E-mail/Text: bankruptcy@cavps.com Aug 12 2015 01:29:49     Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
19758970      +E-mail/Text: ddulworth@clarkhill.com Aug 12 2015 01:30:28     Clark Hill PlC,
                150 N. Michigan Avenue,    Suite 2700,    Chicago, IL 60601-7576
19420952      +E-mail/Text: bknotice@erccollections.com Aug 12 2015 01:29:20     Enhanced Recovery Co,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
19420953      +E-mail/Text: bknotice@erccollections.com Aug 12 2015 01:29:20     Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
19420956       E-mail/Text: cio.bncmail@irs.gov Aug 12 2015 01:28:13     IRS,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
20410091       E-mail/Text: rev.bankruptcy@illinois.gov Aug 12 2015 01:28:57
                Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19453887*     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    dba GM Financial,
                 PO Box 183853,    Arlington TX 76096)
19420965*     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
                (address filed with court: Us Dept Ed,    Po Box 7202,    Utica, NY 13504-7202)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: froman              Page 2 of 2          Date Rcvd: Aug 11, 2015
                              Form ID: pdf006           Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Plaintiff David  Leibowitz dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Janna L Quarless    on behalf of Joint Debtor Kym  Hemphill jquarless@semradlaw.com,
               rjscourtdocs@gmail.com
              Janna L Quarless    on behalf of Debtor Carlos J Hemphill, Sr. jquarless@semradlaw.com,
               rjscourtdocs@gmail.com
              Patrick  Semrad    on behalf of Debtor Carlos J Hemphill, Sr. psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick  Semrad    on behalf of Joint Debtor Kym  Hemphill psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yevgeniy  Feldman    on behalf of Debtor Carlos J Hemphill, Sr. efeldman@semradlaw.com,
               rjscourtdocs@gmail.com
              Yevgeniy  Feldman    on behalf of Joint Debtor Kym  Hemphill efeldman@semradlaw.com,
               rjscourtdocs@gmail.com
                                                                                             TOTAL: 10
```