**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-35868-PSH |
| | § | |
| CARLOS J HEMPHILL, Sr. | § | |
| KYM HEMPHILL | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $249,479.00 | Assets Exempt: | $10,400.00 |
| Total Distributions to Claimants: | $1,654.88 | Claims Discharged Without Payment: | $301,468.70 |
| Total Expenses of Administration: | $4,779.12 | | |

3) Total gross receipts of $6,434.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,434.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $333,928.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,779.12 | $4,779.12 | $4,779.12 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $5,838.80 | $5,838.80 | $1,654.88 |
| General Unsecured Claims (from **Exhibit 7**) | $139,857.21 | $237,609.57 | $237,609.57 | $0.00 |
| **Total Disbursements** | $473,785.21 | $248,227.49 | $248,227.49 | $6,434.00 |

4). This case was originally filed under chapter 7 on 09/10/2012. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/08/2015      By: /s/ David P. Leibowitz
                                                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Adversary case 1301370 David Leibowitz v. Carlos J. Hemphill, Sr.. | 1249-000 | $6,434.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,434.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag | 4110-000 | $333,928.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$333,928.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,393.40 | $1,393.40 | $1,393.40 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $8.66 | $8.66 | $8.66 |
| Green Bank | 2600-000 | NA | $62.90 | $62.90 | $62.90 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $21.16 | $21.16 | $21.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$4,779.12** | **$4,779.12** | **$4,779.12** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 2a | IRS | 5800-000 | $0.00 | $5,605.06 | $5,605.06 | $1,588.63 |
| 8a | Illinois Department of Revenue | 5800-000 | $0.00 | $233.74 | $233.74 | $66.25 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $5,838.80 | $5,838.80 | $1,654.88 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry Portfolio Services | 7100-000 | $4,217.00 | $4,429.12 | $4,429.12 | $0.00 |
| 2 | IRS | 7100-000 | $0.00 | $32,793.67 | $32,793.67 | $0.00 |
| 2b | IRS | 7100-000 | $0.00 | $74,609.20 | $74,609.20 | $0.00 |
| 3 | AmeriCredit Financial Services, Inc. | 7100-000 | $20,079.00 | $20,459.29 | $20,459.29 | $0.00 |
| 4 | US Dept of Education | 7100-000 | $51,592.00 | $81,369.60 | $81,369.60 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $1,031.00 | $1,031.22 | $1,031.22 | $0.00 |
| 6 | Ferguson Fire & Fabrication, Inc. | 7100-000 | $0.00 | $20,125.18 | $20,125.18 | $0.00 |
| 7 | Capital One Auto Finance | 7100-000 | $2,113.00 | $2,122.17 | $2,122.17 | $0.00 |
| 8 | Illinois Department of Revenue | 7200-000 | $1,150.00 | $670.12 | $670.12 | $0.00 |
| | Afni, Inc. | 7100-000 | $425.00 | $0.00 | $0.00 | $0.00 |
| | campbell highter & adams | 7100-000 | $476.00 | $0.00 | $0.00 | $0.00 |
| | Cardiac Billing Services | 7100-000 | $229.00 | $0.00 | $0.00 | $0.00 |
| | Cbe Group | 7100-000 | $673.00 | $0.00 | $0.00 | $0.00 |
| | Charter One Bank | 7100-000 | $362.00 | $0.00 | $0.00 | $0.00 |
| | Chryslr Fin | 7100-000 | $2,947.00 | $0.00 | $0.00 | $0.00 |
| | Credit Management Lp | 7100-000 | $142.00 | $0.00 | $0.00 | $0.00 |
| | david m gross law offices | 7100-000 | $740.00 | $0.00 | $0.00 | $0.00 |
| | Devon Financial Services | 7100-000 | $1,371.00 | $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Co | 7100-000 | $996.00 | $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Co L | 7100-000 | $385.00 | $0.00 | $0.00 | $0.00 |
| | John Patrick | 7100-000 | $17,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Lease Finance Group LLC | 7100-000 | $2,985.42 | $0.00 | $0.00 | $0.00 |
| Little Company Of Mary Hospital | 7100-000 | $725.00 | $0.00 | $0.00 | $0.00 |
| Municollofam | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| QC Holdings | 7100-000 | $820.79 | $0.00 | $0.00 | $0.00 |
| Sears/Cbna | 7100-000 | $1,587.00 | $0.00 | $0.00 | $0.00 |
| Show Mastercard | 7100-000 | $398.00 | $0.00 | $0.00 | $0.00 |
| Us Dept Ed | 7100-000 | $26,968.00 | $0.00 | $0.00 | $0.00 |
| Wellsfargo | 7100-000 | $195.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $139,857.21 | $237,609.57 | $237,609.57 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 12-35868-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | Date Filed (f) or Converted (c): | 09/10/2012 (f) |
| For the Period Ending: | 10/8/2015 | §341(a) Meeting Date: | 11/06/2012 |
| | | Claims Bar Date: | 02/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 9130 S. Claremont Ave., Chicago, IL 60620 | $249,479.00 | $0.00 | | $0.00 | FA |
| 2 | Checking Acct with TCF Bank | $300.00 | $0.00 | | $0.00 | FA |
| 3 | Savings Acct with TCF Bank | $4,500.00 | $0.00 | | $0.00 | FA |
| 4 | Business Checking Acct with TCF Bank | $400.00 | $0.00 | | $0.00 | FA |
| 5 | Furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | 2 Fur Coats | $500.00 | $0.00 | | $0.00 | FA |
| 8 | Term Life Insurance Policy through AIG | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Pension | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Class Action Lawsuit | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor spent funds from settlement. | | | | | |
| 11 | Grievance against CPS for wrongful termination | $0.00 | $0.00 | | $0.00 | FA |
| 12 | 2000 Jaguar S-Type (130,000 miles) | $2,475.00 | $0.00 | | $0.00 | FA |
| 13 | 1996 Ford F-150 (220,000 miles) | $225.00 | $0.00 | | $0.00 | FA |
| 14 | Adversary case 1301370 David Leibowitz v. Carlos J. Hemphill, Sr.. (u) | $0.00 | $0.00 | | $6,434.00 | FA |
| **Asset Notes:** | Complaint to Revoke Discharge | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $259,879.00 | | $0.00 | | $6,434.00 | $0.00 |

**Major Activities affecting case closing:**

| 06/30/2015 | TFR submitted to UST |
|---|---|
| 03/24/2015 | Objection to Claims No 6 continued to 5/14/2015 -- Creditor's counsel just got the file and didn't know if they objected for some reason. Might not object. |
| 10/17/2014 | Debtor is making payments of $245.00 p/m towards satisfaction of Settlement sum of $6,434.00; along with his 2013 tax return no later than 2/15/14. |
| 10/15/2014 | Get updated payment plan. Debtor owes $5000 If debtor does not pay per schedule, file complaint to revoke discharge |
| 10/09/2013 | Sent Linda email to prepare complaint to revoke discharge for having converted prperty of the estate |
| 10/09/2013 | Received letter from the IRS that debtor has not filed taxes |
| 07/24/2013 | Received copy of check debtor received for $6434.24 dated 1/18/13 - does must pay funds back - funds were not exempt |
| 06/26/2013 | Received letter dated 12/5/2012 indicated that debtor (Kym Hemphill) grievance was denied. |
| 06/26/2013 | Possible recovering of Class Action Funds from the Fire Department is $6,000.00. Debtor spent funds from settlement. Working to recover. |
| 05/23/2013 | DA confirmed money was received but it has been spent. The client stated he is not working and used money to catch up on bills. |
| 05/23/2013 | Requested documentation as to the funds and how funds were spent |

**FORM 1**

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 12-35868-PSH | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | | **Date Filed (f) or Converted (c):** | 09/10/2012 (f) |
| **For the Period Ending:** | 10/8/2015 | | **§341(a) Meeting Date:** | 11/06/2012 |
| | | | **Claims Bar Date:** | 02/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 05/23/2013 | Debtor to begin making payments to the estate for funds spent.  Awaiting to hear back from DA |
| 04/09/2013 | Sent email to Janna Q. |
| | The above reference case has been open for Debtor's claim with the Fire Department.  Please provide status of payment to Mr. Hemphill, I received a call from the IRS stating that checks have went out for the claim. |
| 02/28/2013 | Debtor took test for fire department never received call back. |
| | Debtor has a claim against school whereas her position was taken and the union is working on greivance. |
| | Follow up with litigation on class action - Trustee needs more information  Need amended Schedules and Bank account statements |
| | Asset report |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2014 | DAVID LEIBOWITZ | |

| Case No.: | 12-35868-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6550 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | **-***6551 | Account Title: | |
| For Period Beginning: | 9/10/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/13/2014 | (14) | Kym Hemphill | Payment | 1249-000 | $245.00 | | $245.00 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.19 | $244.81 |
| 04/08/2014 | (14) | Calors Hemphill Sr. | Payment | 1249-000 | $245.00 | | $489.81 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.65 | $489.16 |
| 05/08/2014 | (14) | Carlos J. Hemphill Sr. | Payment | 1249-000 | $245.00 | | $734.16 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.12 | $733.04 |
| 06/11/2014 | (14) | Carlos Hamphill Sr. | Payment | 1249-000 | $245.00 | | $978.04 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.34 | $976.70 |
| 07/14/2014 | (14) | Carlos J. Hemphill Sr. | Payment | 1249-000 | $245.00 | | $1,221.70 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.79 | $1,219.91 |
| 08/12/2014 | (14) | Carlos Hemphill Sr. | Payment | 1249-000 | $245.00 | | $1,464.91 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.26 | $1,462.65 |
| 09/15/2014 | (14) | Carlos Hemphill | Payment | 1249-000 | $245.00 | | $1,707.65 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.38 | $1,705.27 |
| 10/06/2014 | (14) | Carlos Hemphill Sr. | Payment | 1249-000 | $250.00 | | $1,955.27 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.26 | $1,952.01 |
| 11/12/2014 | (14) | Carols Hemphill | Payment | 1249-000 | $245.00 | | $2,197.01 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.02 | $2,193.99 |
| 12/12/2014 | (14) | Carlos Hemphill | Payment | 1249-000 | $245.00 | | $2,438.99 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.75 | $2,435.24 |
| 01/09/2015 | (14) | Carlos Hemphill | Settlement Payment | 1249-000 | $250.00 | | $2,685.24 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.32 | $2,680.92 |
| 02/04/2015 | (14) | Carlos Hemphill | Settlement Payment | 1249-000 | $3,729.00 | | $6,409.92 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.56 | $6,401.36 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.99 | $6,391.37 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.98 | $6,381.39 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.29 | $6,371.10 |
| 09/03/2015 | 3001 | Office of the Clerk United States Bankruptcy Court | Claim #: 9; Amount Claimed: 293.00; Amount Allowed: 293.00; Distribution Dividend: 100.00; | 2700-000 | | $293.00 | $6,078.10 |
| 09/03/2015 | 3002 | Lakelaw | Claim #: ; Amount Claimed: 21.16; Amount Allowed: 21.16; Distribution Dividend: 100.00; | 3120-000 | | $21.16 | $6,056.94 |
| 09/03/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 3,000.00; Amount Allowed: 3,000.00; Distribution Dividend: 100.00; | 3110-000 | | $3,000.00 | $3,056.94 |
| 09/03/2015 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,393.40 | $1,663.54 |
| 09/03/2015 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $8.66 | $1,654.88 |
| 09/03/2015 | 3006 | IRS | Claim #: 2; Amount Claimed: 5,605.06; Amount Allowed: 5,605.06; Distribution Dividend: 28.34; | 5800-000 | | $1,588.63 | $66.25 |
| | | | | **SUBTOTALS** | $6,434.00 | $6,367.75 | |

Page No. 2
Case 12-35868  Doc 66  Filed 11/04/15  Entered 11/04/15 14:02:30  Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 9 of 10
Exhibit 9

| Case No. | 12-35868-PSH | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6550 | | | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | **-***6551 | | | Account Title: | |
| For Period Beginning: | 9/10/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/8/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/03/2015 | 3007 | Illinois Department of Revenue | Claim #: 8; Amount Claimed: 233.74; Amount Allowed: 233.74; Distribution Dividend: 28.34; | 5800-000 | | $66.25 | $0.00 |
| | | | **TOTALS:** | | $6,434.00 | $6,434.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,434.00 | $6,434.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,434.00 | $6,434.00 | |

**For the period of 9/10/2012 to 10/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,434.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,434.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,434.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,434.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/12/2014 to 10/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,434.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,434.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,434.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,434.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-35868-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | HEMPHILL, Sr., CARLOS J AND HEMPHILL, KYM | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6550 | | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | **-***6551 | | Account Title: | |
| For Period Beginning: | 9/10/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/8/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,434.00 | $6,434.00 | $0.00 |

**For the period of 9/10/2012 to 10/8/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $6,434.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,434.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,434.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,434.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/10/2012 to 10/8/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $6,434.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,434.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,434.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,434.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ